UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY HALL and MEAGIN LEWIS,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC.,<br>and SIMON PROPERTY GROUP, L.P.,<br><br>      Defendants. | Case No. 1:16-cv-01453-SEB-DML |

**JOINT MOTION REQUESTING APPROVAL AND ENTRY
OF PARTIES' STIPULATED PROTECTIVE ORDER**

  The parties, by counsel, by counsel, respectfully request that the Court enter and approve the parties' Stipulated Protective Order in connection with the above-captioned cause of action. In support of this Motion, the parties state as follows:

  1. A protective order is necessary in order to preserve and maintain the legitimate proprietary and privacy interests of sources of information and establish a procedure for disclosing confidential information to the parties in this litigation, impose obligations on persons receiving confidential information to protect it from unauthorized use or disclosure, and to establish a procedure for challenging confidentiality designations.

  2. The parties agree that good cause exists for this Stipulated Protective Order in order to preserve the legitimate proprietary and privacy interests of sources of information that have not been released to the public and which the parties may mutually seek production of through their respective discovery requests.

3. The parties have stipulated and entered into the Court-Approved Stipulated Protective Order with modest additional clarifying language in connection with this matter which is attached hereto as <u>Exhibit A</u>. Good cause exists for this protective order.

**WHEREFORE**, the parties respectfully request that the Court enter and approve the Stipulated Protective Order tendered with this filing.

So stipulated, this the 4th day of November, 2016.

*s/Kathleen M. Anderson*
Kathleen M. Anderson (163251-92)
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, IN 46802
Kathleen.anderson@btlaw.com

Jeffery M. Mallamad (11253-98)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Jeffery.mallamad@btlaw.com

Attorneys for Defendants

*s/Gregg I. Shavitz*
Gregg I. Shavitz
Camar R. Jones
SHAVITS LAW GROUP, PA.
1515 S. Federal Highway
Boca Raton, FL 33432

Kathleen A. DeLaney (18604-49)
Christopher S. Stake (24356-53)
DeLaney & DeLaney LLC
3646 N. Washington Boulevard
Indianapolis, IN 46204
Kathleen.delaneylaw.net
cstake@delaneylaw.net

Attorneys for Plaintiffs and Opt-In Plaintiffs